**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer Guicheteau            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11357 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                       Respectfully submitted,

                                     /s/ *Rebecca Solarz*
                                     Rebecca Solarz
                                     15 Jun 2022, 15:28:52, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322