**Hometown Wellness**
**Payroll Spreadsheet**
**1/1/2022 - 12/31/2022**

| Qtr 1 1/1/22 - 3/31/22 | ###### | ###### | ###### | 2/2/2022 | 2/9/2022 | ##### | ##### | 3/2/2022 | 3/9/2022 | ck date | ck date | ck date | ck date | ck date | QTR 1 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | 319.00 | 162.00 | 240.00 | 252.00 | 336.00 | 336.00 | 268.00 | 228.00 | 264.00 | | | | | | 2,405.00 |
| FWH (refer to circular E) | (13.00) | 0.00 | (5.00) | (6.00) | (15.00) | (15.00) | (7.00) | (4.00) | (7.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (72.00) |
| FICA | (19.78) | (10.04) | (14.88) | (15.62) | (20.83) | (20.83) | (16.62) | (14.14) | (16.37) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (149.11) |
| Medicare | (4.63) | (2.35) | (3.48) | (3.65) | (4.87) | (4.87) | (3.89) | (3.31) | (3.83) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (34.87) |
| State (PA) | (9.79) | (4.97) | (7.37) | (7.74) | (10.32) | (10.32) | (8.23) | (7.00) | (8.10) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (73.83) |
| PA UC (SUTA) | (0.19) | (0.10) | (0.14) | (0.15) | (0.20) | (0.20) | (0.16) | (0.14) | (0.16) | 0.00 | | | | | (1.4) |
| Local | (3.19) | (1.62) | (2.40) | (2.52) | (3.36) | (3.36) | (2.68) | (2.28) | (2.64) | 0.00 | | | | | (24.05) |
| Misc Deduction | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | 0.00 | | | | | (9.00) |
| | | | | | | | | | | | | | | | 0.00 |
| Net Pay | 267.42 | 141.92 | 205.73 | 215.31 | 280.42 | 280.42 | 228.43 | 196.14 | 224.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,040.69 |
| | | | | | | | | | | | | | | | 2,040.69 |

(this number should be the same as cell q16)
(this number should be the same as cell q15)

| Qtr 2 4/01/22 - 6/30/22 | 4/13/22 | 5/4/22 | 5/11/22 | 5/18/22 | 5/25/22 | 6/1/22 | 6/8/22 | ck date | ck date | ck date | ck date | ck date | ck date | QTR 2 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | 642.00 | 220.00 | 316.00 | 236.00 | 252.00 | 236.00 | 204.00 | | | | | | | 2,106.00 |
| FWH (refer to circular E) | (44.00) | (4.00) | (13.00) | (5.00) | (6.00) | (5.00) | (3.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (80.00) |
| FICA | (39.80) | (13.64) | (19.59) | (14.63) | (15.62) | (14.63) | (12.65) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (130.57) |
| Medicare | (9.31) | (3.19) | (4.58) | (3.42) | (3.65) | (3.42) | (2.96) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (30.54) |
| State (PA) | (19.71) | (6.75) | (9.70) | (7.25) | (7.74) | (7.25) | (6.26) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (64.65) |
| PA UC (SUTA) | (0.39) | (0.13) | (0.19) | (0.14) | (0.15) | (0.14) | (0.12) | 0.00 | | | | | | (1.26) |
| Local | (6.42) | (2.20) | (3.16) | (2.36) | (2.52) | (2.36) | (2.04) | 0.00 | | | | | | (21.06) |
| Misc Deduction | (5.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | 0.00 | | | | | | (11.00) |
| | | | | | | | | | | | | | | 0.00 |
| Net Pay | 517.37 | 189.08 | 264.78 | 202.20 | 215.31 | 202.20 | 175.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,766.91 |
| | | | | | | | | | | | | | | 1,766.91 |

(this number should be the same as cell q30)
(this number should be the same as cell q29)

| Qtr 3 7/1/22 - 9/30/22 | ck date | ck date | ck date | ck date | ck date | ck date | ck date | ck date | ck date |
|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | | | | | | | | | |
| FWH (refer to circular E) | | | | | | | | | |
| FICA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State (PA) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA UC (SUTA) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Misc Deduction | | | | | | | | | |
| Net Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Qtr 4 10/01/22 - 12/31/22 | ck date | ck date | ck date | ck date | ck date | ck date | ck date | ck date | ck date |
|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | | | | | | | | | |
| FWH (refer to circular E) | | | | | | | | | |
| FICA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State (PA) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA UC (SUTA) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Misc Deduction | | | | | | | | | |
| Net Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| YEAR TO DATE | TOTALS | |
|---|---|---|
| Gross Wages | 4,511.00 | |
| FWH (refer to circular E) | (152.00) | |
| FICA | (279.68) | |
| Medicare | (65.41) | |
| State (PA) | (138.49) | |
| PA UC (SUTA) | (2.71) | |
| Local | (45.11) | — LST Tax |
| Misc Deduction | (20.00) | |
| | 0.00 | |
| Net Pay | 3,807.60 | (this number should be the same as cell d71) |
| | 3,807.60 | (this number should be the same as cell d70) |