**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 22-11357-ELF

JENNIFER GUICHETEAU

414 ORELAND ROAD

ORELAND, PA 19075

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JENNIFER GUICHETEAU

414 ORELAND ROAD

ORELAND, PA 19075

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Date: 11/2/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee