# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer Guicheteau <br>        Debtor(s) <br><br> M&T BANK, its successors and/or assigns <br>        Movant <br>    vs. <br><br> Jennifer Guicheteau <br>        Debtor(s) <br><br> Kenneth E. West <br>        Trustee | CHAPTER 13 <br><br><br><br><br> NO. 22-11357 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about **July 25, 2022, docket number 16**.

              Respectfully submitted,


              /s/ Brian C. Nicholas, Esq.
              _____

              Brian C. Nicholas, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              Phone: (215)-627-1322

Dated: January 10, 2022